The Law Offices of
# Vincent Gelardi

800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: 914-251-0603
Fax: 914-253-0909
vg@vincentgelardi.com

**MEMO ENDORSED**

April 10, 2024

> The conference scheduled for April 11, 2024, is adjourned. By April 17, 2024, Cabreros shall submit a letter advising the Court as to his position on how the matter should proceed, including whether the Court should appoint counsel or a guardian ad litem to represent the interests of J.C. and L.C. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: April 10, 2024
> New York, New York

VIA ECF ONLY
Hon. Edgardo Ramos
United States District Court
Eastern District of New York
222 Cadman Plaza East
Brooklyn, New York

Re: Cabreros v. Minnesota Mutual Life Insurance Company
Case No. 23-cv-06769 (ER)

Dear Judge Ramos:

This firm represents the Plaintiff in the above-captioned matter. We are in receipt of the Court's decision dated April 9, 2024 substantially granting the Motion for Interpleader (D.E. 28). This matter is currently scheduled for an in person conference on *April 11, 2024 at 11:30 a.m.*

In view of the Court's ruling, it appears that upon the deposit of funds into the Court's registry, the Defendants' involvement in this matter will end. In view of the Court's decision and order, it is respectfully requested that the April 11 conference be cancelled as there are no longer any grounds of dispute among the parties.

The undersigned has communicated with Melissa E. Lang, Esq., counsel for the Defendants-Interpleader Plaintiff, and Ms. Lang has indicated that she consents to this request.

We thank the Court for its considerations.

Respectfully,

Vincent Gelardi, Esq.