UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------------- X
RENNY CABREROS,                                                           :
                    Plaintiff,                                            :  CIVIL ACTION NO.:
                        -against-                                         :  1:23-cv-06769-ER
                                                                          :
MINNESOTA MUTUAL LIFE INSURANCE COMPANY,                                  :
MINNESOTA LIFE INSURANCE COMPANY, SECURIAN                                :
FINANCIAL SERVICES, INC., SECURIAN FINANCIAL                              :  O R D E R
GROUP, INC., and SECURIAN FINANCIAL GROUP, INC.                           :
f/k/a MINNESOTA MUTUAL LIFE INSURANCE                                     :
COMPANY f/k/a MINNESOTA LIFE INSURANCE COMPANY                            :
f/k/a SECURIAN FINANCIAL SERVICES, INC.,                                  :
                                                                          :
                    Defendants/Interpleader and Third Party               :
                    Plaintiff,                                            :
                        -against-                                         :
RENNY CABREROS,                                                           :
                    Interpleader Counterclaim Defendant,                  :
         and                                                              :
                                                                          :
MINNESOTA LIFE INSURANCE COMPANY,                                         :
                    Interpleader Counterclaim and Third                   :
                    Party Interpleader Plaintiff.                         :
                        -against-                                         :
RENNY CABREROS, in his capacity as the parent and natural                 :
guardian of J.C., a minor, and L.C., a minor,                             :
                    Interpleader Third Party Defendants.                  :
------------------------------------------------------------------------- X
```

On April 9, 2024, this Court entered an Order granting in part and denying in part Defendants' Motion for Interpleader. See, Order, Docket Document No. 28 ("Interpleader Order").

The Interpleader Order provides, *inter alia,* that Defendants shall pay the full amount of the policy death benefits, plus interest ("Interpleader Funds") into the Court registry by April 30, 2024. Order at p. 6 of 7.

1

The Interpleader Order also provides, *inter alia,* that the Defendants shall notify the Court of the deposit of the Interpleader Funds and submit a proposed form of Order releasing and discharging Defendants from any further liability. *Id.*

On April 18, 2024 Defendants wired Interpleader Funds in the amount of $1,026,036.23 to the Court.

IT IS THEREFORE HEREBY ORDERED, that Defendants, Minnesota Mutual Life Insurance Company, Securian Financial Services, Inc., Securian Financial Group, Inc. and Securian Financial Group, Inc. f/k/a Minnesota Mutual Life Insurance Company f/k/a Minnesota Life Insurance Company f/k/a Securian Financial Services, Inc., and Defendant/Counterclaim Plaintiff/Third Party Plaintiff, Minnesota Life Insurance Company, are each dismissed from this action as parties, with prejudice, and are each released and discharged from any further liability to Plaintiff/Counterclaim Defendant, Renny Cabreros, in his own right and in his capacity as the parent and natural guardian of Third Party Defendants, J.C., a minor, and L.C., a minor, and to Third Party Defendants, J.C and L.C., and which liability reflects, refers, relates to and/or concerns Minnesota Life Insurance Policy No.: 0055068 ("Policy") issued to non-party to this action, Baker Hostetler, and with respect to death benefits payable by the said Policy upon the death of the late Loura L. Alaverdi, who died on December 30, 2022, and/or Claim No.: 1672436 seeking payment of said death benefits by Plaintiff/Counterclaim Defendant, Renny Cabreros.

SO ORDERED

Dated:   May 2, 2024
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.