UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENNY CABREROS,

                Plaintiff,

–against–

MINNESOTA MUTUAL LIFE INSURANCE COMPANY, MINNESOTA LIFE INSURANCE COMPANY, SECURIAN FINANCIAL SERVICES, INC., SECURIAN FINANCIAL GROUP, INC., *and* SECURIAN FINANCIAL GROUP, INC. f/k/a MINNESOTA MUTUAL LIFE INSURANCE COMPANY f/k/a MINNESOTA LIFE INSURANCE COMPANY f/k/a SECURIAN FINANCIAL SERVICES, INC.,

                Defendants.

MINNESOTA LIFE INSURANCE COMPANY,

                Interpleader Plaintiff,

–against–

RENNY CABREROS, *in his personal capacity and in his capacity as the parent and natural guardian of J.C., a minor, and L.C., a minor*,

              Interpleader Defendant.

**ORDER**

23-cv-06769 (ER)

RAMOS, D.J.:

        In an order dated May 3, 2024, the Court stated that it would appoint a guardian ad litem to represent the interests of J.C. and L.C. in this action. Doc. 34. Juan A. Arteaga, a partner at Crowell & Moring LLP, has agreed to accept the appointment and has advised the Court that he has cleared a conflict check.

        Accordingly, the Court appoints Juan A. Arteaga as guardian ad litem to represent the interests of J.C. and L.C. in this action. Arteaga is directed to file a notice of

appearance promptly.  The parties are directed to appear for a telephonic status conference on May 31, 2024, at 10:00 a.m.  The parties should dial 877-411-9748 and enter access code 3029857# when prompted.

    The Clerk of Court is respectfully directed to update the caption to reflect Juan A. Arteaga as guardian ad litem for J.C. and L.C.

It is SO ORDERED.

Dated:   May 15, 2024
           New York, New York

                                              EDGARDO RAMOS, U.S.D.J.