UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENNY CABREROS,<br><br>              Plaintiff,<br><br>– *against* –<br><br>MINNESOTA MUTUAL LIFE INSURANCE COMPANY, MINNESOTA LIFE INSURANCE COMPANY, SECURIAN FINANCIAL SERVICES, INC., SECURIAN FINANCIAL GROUP, INC., *and* SECURIAN FINANCIAL GROUP, INC. f/k/a MINNESOTA MUTUAL LIFE INSURANCE COMPANY f/k/a MINNESOTA LIFE INSURANCE COMPANY f/k/a SECURIAN FINANCIAL SERVICES, INC.,<br><br>              Defendants. | **ORDER**<br><br>23-cv-06769 (ER) |

Ramos, D.J.:

      The parties submitted a copy of the settlement agreement and stipulation of dismissal with prejudice for the Court's review on July 10, 2025. The Court approves both the settlement agreement and stipulation of dismissal. The Clerk of Court is directed to close the case.

      It is SO ORDERED.

Dated:   July 11, 2025
            New York, New York

                                                                           Edgardo Ramos, U.S.D.J.