UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENNY CABREROS,

                Plaintiff,

– *against* –

MINNESOTA MUTUAL LIFE INSURANCE COMPANY, MINNESOTA LIFE INSURANCE COMPANY, SECURIAN FINANCIAL SERVICES, INC., SECURIAN FINANCIAL GROUP, INC., *and* SECURIAN FINANCIAL GROUP, INC. f/k/a MINNESOTA MUTUAL LIFE INSURANCE COMPANY f/k/a MINNESOTA LIFE INSURANCE COMPANY f/k/a SECURIAN FINANCIAL SERVICES, INC.,

                Defendants.

**ORDER**

23-cv-06769 (ER)

Ramos, D.J.:

      The Court ordered on July 22, 2025 the authorization of interpleader disbursement of funds previously deposited into the Disputed Ownership Fund in the Court Registry Investment System on April 9, 2025.  Doc. 53.  The Court orders that each of the two children shall receive 50% of the principal and interest of the remaining funds.

      It is SO ORDERED.

Dated:   August 7, 2025
          New York, New York

                                          Edgardo Ramos, U.S.D.J.